```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHY LAUGHLIN** | CASE NO. 2:10-CV-03179-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 6, 2011, to July 29, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule, office move, and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

1

Dated: June 6, 2011                 */s/Bess M. Brewer*
                                    BESS M. BREWER
                                    Attorney at Law

                                    Attorney for Plaintiff


Dated: June 6, 2011                 Benjamin B. Wagner

                                    United States Attorney

                                    */s/ Peter Thompson*
                                    PETER THOMPSON

                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

 DATED:  June 15, 2011

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

2