1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                          IN THE UNITED STATES DISTRICT COURT
9                            EASTERN DISTRICT OF CALIFORNIA
10

11 KATHY LAUGHLIN                )   CASE NO. 2:10-CV-03179-CMK
                                 )
12                               )
                                 )   STIPULATION AND ~~PROPOSED~~
13                               )   ORDER EXTENDING PLAINTIFF'S
              Plaintiff,         )   TIME TO FILE SUMMARY
14                               )   JUDGEMENT MOTION
   v.                            )
15                               )
   MICHAEL J. ASTRUE             )
16 Commissioner of Social Security )
   of the United States of America, )
17                               )
              Defendant.         )
18                               )
                                 )
19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from July 29, 2011, to September 8,

22 2011.  This extension is required due to Plaintiff's counsel's impacted briefing schedule and need to

23 prioritize older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                              1

Dated: July 28, 2011                    /s/Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: July 29, 2011                    Benjamin B. Wagner

                                        United States Attorney

                                        /s/ *Theophous Reagans for Peter Thompson*
                                        PETER THOMPSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

 DATED:  August 3, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

2