BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KATHY LAUGHLIN** | CASE NO. 2:10-CV-03179-CMK |
| **Plaintiff,** | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION AND DECLARATION OF COUNSEL** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended to October 14, 2011. Plaintiff's brief was last due September 8, 2011, but was not timely filed due to counsel's inadvertent failure to calendar the date the motion was due. *See*, Declaration of Bess M. Brewer. This extension is required due to counsel's oversight and impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: September 29, 2011          */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: September 29, 2011          Benjamin B. Wagner

                                   United States Attorney

                                   /s/ *Peter Thompson*
                                   PETER THOMPSON
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

### DECLARATION

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's brief was due September 8, 2011. Unfortunately, I failed to calendar the date. This oversight was just brought to my attention and I apologize for my failure to properly calendar the date.

3. Given my briefing schedule, I can't realisticly file Ms. Laughlin's brief until October 14, 2011. I do not want to promise an earlier date that I can't meet.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 29, 2011, in Sacramento, California.

                                   /s/Bess M. Brewer
                                   BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 5, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3