IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LAUGHLIN, | No. CIV S-10-3179-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On November 3, 2011, the court directed plaintiff to show cause why this action should not be dismissed for failure to file a dispositive motion as directed in the court's scheduling order. Plaintiff thereafter filed her dispositive motion on December 5, 2011.  The order to show cause is, therefore, discharged.

/ / /

/ / /

/ / /

1

1        IT IS SO ORDERED.

2

3    DATED: December 16, 2011

4
_____
5    **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26