BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-mail: sundeep.patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KATHY LAUGHLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:10-cv-03179-CMK <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S OPPOSITION |

     The parties, through their respective counsel, stipulate that the time for filing Defendant's opposition to Plaintiff's opening brief be extended by 15 days from January 4, 2012 to January 19, 2012.

     This is Defendant's first request for an extension of time to file a response to Plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter, as the Special Assistant United States Attorney recently received this matter as a re-assignment due to personnel changes and an increased caseload in the Social Security Administration's Office of

1

General Counsel.  Further, the undersigned counsel is out of the office on holiday leave from December 20, 2011 to December 28, 2011.

                                                Respectfully submitted,

DATE: December 19, 2011            */s/ Bess M. Brewer*
                                                Law Office of Bess M. Brewer & Associates
                                                Attorney for Plaintiff
                                                (Concurrence by email 12/16/11)

DATE: December 19, 2011            BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                                      By:    */s/ Sundeep R. Patel*
                                                SUNDEEP R. PATEL
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

IT IS SO ORDERED.

**Date:  12/22/2011**

                                                _____
                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE