1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   SUNDEEP R. PATEL
4  Special Assistant United States Attorney
          Social Security Administration
5         160 Spear Street, Suite 800
          San Francisco, California 94105
6         Telephone: (415) 977-8981
          Facsimile: (415) 744-0134
7         E-mail: Sundeep.Patel@ssa.gov

8  Attorneys for Defendant

9
10                       UNITED STATES DISTRICT COURT
11                       EASTERN DISTRICT OF CALIFORNIA

12  KATHY R. LAUGHLIN,                )
                                      )   CIVIL NO. 2:10-cv-03179-CMK
13          Plaintiff,                )
                                      )
14          v.                        )   STIPULATION AND ORDER APPROVING
                                      )   SETTLEMENT OF ATTORNEY FEES
15  MICHAEL J. ASTRUE,                )   PURSUANT TO THE EQUAL ACCESS TO
    Commissioner of                   )   JUSTICE ACT
16  Social Security,                  )
                                      )
17          Defendant.                )
    _____ )

18      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

19  subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

20  Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND, THREE-HUNDRED

21  DOLLARS AND ZERO CENTS ($4,300.00). This amount represents compensation for all legal

22  services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

23  with 28 U.S.C. § 2412(d).

24      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

25  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant

26  to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend

27  on whether the fees and expenses are subject to any offset allowed under the United States Department

28  of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the

government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: June 26, 2012        /s/Bess Brewer
                            (As authorized via email)

                            BESS M. BREWER
                            Attorney for Plaintiff

                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: June 26, 2012    By: /s/ Sundeep R. Patel
                            SUNDEEP R. PATEL
                            Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND, THREE-HUNDRED DOLLARS AND ZERO CENTS ($4,300.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: July 12, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE